# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Herculano Luna Ruiz

                        Plaintiff,

v.                                        Case No.: 1:15−cv−03310

                                        Honorable Thomas M. Durkin

YSOD Corp., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 10, 2015:

      MINUTE entry before the Honorable Thomas M. Durkin:Civil case terminated. This action is hereby dismissed without prejudice with leave to move to reinstate on or before August 7, 2016. Absent a timely filed motion to reinstate, this order will become final with prejudice on 8/8/15. The 8/11/15 status date is vacated.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **_www.ilnd.uscourts.gov_**.